Case No. 02-7671  
Filed    10/2/02

NELSON SHANKS                                JEFFREY D. HOFFERMAN, ESQ.

    V.

LESLIE WEXNER                            CHRISTOPHER J. GUTTON, ESQ.  
                                                         LAWRENCE J. FOX, ESQ.

                                                         Jury __x___    Non-Jury ___

## **O R D E R**

Following the conference, the following is hereby ORDERED:

| | | |
|---|---|---|
| 1. | Discovery completion date | 8/13/03 |
| 2. | Exchange of expert reports | 7/14/03 |
| 3. | Responses to expert reports | 8/13/03 |
| 4. | Dispositive motions due | 8/13/03 |
| | Responses to dispositive motions due | 8/25/03 |
| 5 | Settlement/Final Pretrial Conference | 9/23/03 , 11:15 A.M. |
| 6. | Pretrial memoranda, proposed findings of fact and conclusions of law or joint proposed jury instructions | 9/17/03 |
| 7. | Counsel shall be prepared for trial | 9/23/03 |
| 8. | All provisions of attached procedures shall be observed. | |

Date:   May 16, 2003                                         AND IT IS SO ORDERED.  
                                                             Clarence C. Newcomer, J.

                                                             by Susan Z. Quigley, Secretary  
                                                             to Judge Newcomer

Copies mailed to above counsel.