**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NELSON SHANKS<br><br>Plaintiff,<br><br>v.<br><br>LESLIE and ABIGAIL WEXNER, h/w, et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 02-7671<br>(Judge Newcomer) |

FILED MAY 29 2003

**PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Plaintiff, Nelson Shanks, hereby moves to dismiss Count II of Defendants Leslie and Abigail Wexner's Counterclaim for failure to state a claim for which relief can be granted and in support thereof, incorporates the accompanying Memorandum of Law as if set forth in full herein.

WHEREFORE, Plaintiff, Nelson Shanks, respectfully requests that the Court GRANT his Motion to Dismiss and DISMISS Count II of Defendants Leslie and Abigail Wexner's Counterclaim with prejudice.

Date: May 29, 2003

Jeffrey D. Hofferman
Bradford M. Brush
GOLLATZ, GRIFFIN & EWING, P.C.
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103
Attorneys for Nelson Shanks