**CERTIFICATE OF SERVICE**

I, Adam R. Brownstein, hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing Motion to Dismiss and supporting Memorandum of Law, to be served, via first-class mail, upon the following counsel of record:

Lawrence J. Fox, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Adam R. Brownstein

Dated: May 29, 2003