**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NELSON SHANKS<br><br>Plaintiff,<br><br>v.<br><br>LESLIE and ABIGAIL WEXNER, h/w, et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 02-7671<br>(Judge Newcomer) |

**ORDER**

AND NOW, this day of , 2003, upon consideration of Plaintiff, Nelson Shanks' Motion to Dismiss Count II of Defendants Leslie and Abigail Wexner's Counterclaim for Failure to State a Claim Upon Which Relief Can Be Granted, and Defendants' response thereto, if any, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED and Count II of Defendants Leslie and Abigail Wexner's Counterclaim is dismissed with prejudice.

BY THE COURT:

______________________________

J.