```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NELSON SHANKS                     :    CIVIL ACTION
                                  :    NO. 02-7671
              Plaintiff,          :    (Judge Newcomer)
                                  :
v.                                :
                                  :
LESLIE and ABIGAIL WEXNER, h/w,   :
et al.                            :
                                  :
              Defendants.         :
```

### ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF NELSON SHANKS

Plaintiff Nelson Shanks, by his counsel, hereby answers Defendants Leslie and Abigail Wexner's (the "Wexners") Counterclaims and asserts affirmative defenses as follows:

### PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION AND VENUE

3. Plaintiff denies the allegations of paragraph 3, except to admit that there is diversity of citizenship between the Plaintiff and Defendants.

4. Admitted.

## BACKGROUND

5. Plaintiff lacks knowledge or information to admit or deny the averments of paragraph 5, and they are therefore denied.

6. Denied.

7. Denied.

8. Denied, except to admit that the Wexners invited Mr. Shanks to their home.

9. Denied, except to admit the allegations contained in the first sentence.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Plaintiff lacks knowledge or information to admit or deny the averments of paragraph 14, and they are therefore denied. By way of further response, the Wexners, by and through their agents, contacted Mr. Shanks numerous times to find out when the portrait would be completed.

15. Denied, except to admit that a courier, sent by the Wexners, collected the painting from Mr. Shanks' studio and delivered it to the Wexners' home in Ohio.

16. Plaintiff lacks knowledge or information to admit or deny the averments of paragraph 16, and they are

therefore denied.

17. Denied, except to admit that Plaintiff was notified of the Wexners' dissatisfaction with the painting.

18. Plaintiff lacks knowledge or information to admit or deny the averments of paragraph 18, and they are therefore denied.

19. Plaintiff lacks knowledge or information to admit or deny the averments of paragraph 19, and they are therefore denied.

20. Denied.

21. Denied, except to admit that attorney for the Plaintiff sent a letter to the Wexners on December 6, 2001, which letter speaks for itself.

22. Denied.

23. Admitted, only that the portrait was delivered to Mr. Shanks.

## COUNT I
### (INVASION OF PRIVACY / APPROPRIATION OF A PERSON'S PORTRAIT)

24. Plaintiff Nelson Shanks incorporates by reference his responses to paragraphs 1 through 23 above, as though set forth at length herein.

25. Denied, except to admit that the painting was hung in one museum, the Woodmere Art Museum in Philadelphia,

Pennsylvania, without publicity.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

## COUNT II
## (FALSE ADVERTISING)

30. Plaintiff Nelson Shanks incorporates by reference his responses to paragraphs 1 through 29 above, as though set forth at length herein.

31. Denied.

32. Denied.

## AFFIRMATIVE DEFENSES

33. The Wexners have not incurred damages resulting from the conduct of Mr. Shanks.

34. Mr. Shanks did not gain any commercial advantage from his conduct as alleged by the Wexners.

35. Subject matter jurisdiction over the Wexners' Counterclaims is lacking as the amount in controversy fails to exceed the sum of Seventy-Five Thousand Dollars ($75,000.00) and there is no federal question jurisdiction alleged or raised.

36. The Wexners' Counterclaims fail to state a claim upon

which relief can be granted.

    WHEREFORE, Plaintiff Nelson Shanks respectfully requests that judgment be entered in his favor and against Defendants Leslie and Abigail Wexner, and that the Court award Plaintiff his costs and attorney's fees, together with such other and further relief as the Court deems appropriate.

                                 Respectfully submitted,

Dated: August 26, 2003

                                 Jeffrey D. Hofferman
                                 GOLLATZ, GRIFFIN & EWING, P.C.
                                 Four Penn Center
                                 1600 JFK Blvd., Suite 200
                                 Philadelphia, PA 19103
                                 Attorneys for Nelson Shanks

## CERTIFICATE OF SERVICE

I, Adam R. Brownstein, hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing Answer and Affirmative Defenses of Plaintiff Nelson Shanks to be served via first-class mail, postage pre-paid, upon the following counsel of record:

>Lawrence J. Fox, Esquire
>Christopher J. Guiton, Esquire
>Drinker, Biddle & Reath, LLP
>One Logan Square, 18th & Cherry Streets
>Philadelphia, PA 19103

*Adam R. Brownstein* (signature)
Adam R. Brownstein

Dated:   August 26, 2003