IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELSON SHANKS | CASE NO. 02-7671 |
| | Judge Newcomer |
| Plaintiff | |
| v. | |
| LESLIE AND ABIGAIL WEXNER, h/w and JEFFREY E. EPSTEIN, Individually and d/b/a J. EPSTEIN & COMPANY, INC., and GHISLAINE MAXWELL | |
| Defendants. | |

## STIPULATION

It is hereby Stipulated and Agreed between undersigned counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Settlement Agreement between the parties of October 6, 2003, the parties to the above-captioned matter respectfully request that the Court dismiss the above-captioned matter, including all claims and counterclaims, with prejudice.

_____
Lawrence J. Fox
Drinker, Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Attorneys for All Defendants

_____
Jeffrey D. Hoffernan
Gollatz, Griffin & Ewing, P.C.
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103
Attorneys for Plaintiff

SO ORDERED.

_____
J.